## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 50219 | **DATE** | 12/16/2010 |
| **CASE TITLE** | Woodard vs. Hamilton Sundstrand | | |

**DOCKET ENTRY TEXT:**

This case is dismissed without prejudice for failure to state a claim upon which relief can be granted.

*Philip G. Reinhard*

Notices mailed by Judicial Staff.

### STATEMENT - OPINION

Plaintiff filed a pro se complaint of employment discrimination using the fill-in form provided by the court. In the section provided to supply facts supporting the claim of discrimination plaintiff wrote only: "Plaintiff did not get a job interview. Need to know the finding of The Illinois Department of Human Rights before making any statements." He attached numerous documents to the complaint but nothing indicates how they relate to his discrimination claim. Defendant moves to dismiss for failure to state a claim upon which relief can be granted. Fed. R. Civ. P. 12 (b) (6). To survive a motion to dismiss plaintiff must state a claim that is plausible on its face. Ashcroft v. Iqbal, __ U.S. __, 129 S.Ct. 1937, 1949 (2009). Plaintiff must "give enough details about the subject-matter of the case to present a story that holds together." Swanson v. Citibank, N.A., 614 F.3d 400, 404 (7th Cir. 2010). Plaintiff has failed to do so. Saying he did not receive a job interview is insufficient to plausibly infer plaintiff was the victim of sex, race, or disability discrimination. This case is dismissed without prejudice for failure to state a claim upon which relief can be granted. Plaintiff may file any amended complaint on or before 1/21/2011; otherwise, the case will be dismissed with prejudice.

| | Courtroom Deputy Initials: | LC/sec |
|---|---|---|